FILED
JAN 0 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR033-BEN |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| RODOLFO OZUNA, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about December 4, 2007, within the Southern District of California, defendant RODOLFO OZUNA, did knowingly and intentionally import approximately 3.53 kilograms (7.66 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: January 3, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ John T. Wenthe*

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
1/2/08