1  HOLLY S. HANOVER, Esq.
   California State Bar Number 177303
2  1016 La Mesa Ave.
   Telephone: (619) 295-1264
3  E-Mail: Netlawyr@aol.com
   **Attorney for Defendant Rodolfo Ozuna**
4

5              **UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
6                 **(HON. ROGER T. BENITEZ)**

7

   | UNITED STATES OF AMERICA, | ) | CASE NO. 07cr0033-BEN |
   |---|---|---|
   | Plaintiff, | ) | |
   | | ) | DATE: April 21, 2008 |
   | v. | ) | TIME: 9:00 a.m. |
   | | ) | |
   | RODOLFO OZUNA, | ) | JOINT MOTION TO CONTINUE THE PLEA |
   | Defendant. | ) | ACCEPTANCE/SENTENCING DATE |
   | | ) | |

12 **TO:   KAREN P. HEWETT, or current UNITED STATES ATTORNEY, AND
         FRED SHEPPARD, or current ASSISTANT UNITED STATES ATTORNEY:**

14     Defendant, Rodolfo Ozuna, by and through his counsel, Holly S. Hanover, and the government, jointly request that the Acceptance of Plea/Sentencing date and time for Mr. Ozuna now set for April 21, 2008 at 9:00 a.m., be continued to June 2, 2008 at 9:00 a.m.  The parties also agree that the time between these dates should be excluded, as it is important for both parties to work through some sentencing issues before proceeding with sentencing.  Mr. Ozuna is in custody.  A proposed order will be attached to the courtesy copy provided to the Court via e-mail.

                                    **Respectfully submitted,**

**Dated: April 9, 2008**             s/ *Holly S. Hanover*
                                    Attorney for Benedicta Arreola


                                    s/ *Fred Sheppard*
                                    Assistant United States Attorney